## HOWEL V. SEAMAN.

A discharge of all debts, dues and demands, cuts off a special promise to pay the interest upon an assigned note.

ACTION declaring, that on the 26th of July, A. D. 1783, the defendant gave the plaintiff his note for £1,000 money of New York, payable in one month without interest; and before August 1784, he paid £600 upon it; and to secure the interest upon the remaining £400 the defendant on the 3d of August A. D. 1784, executed his note as follows, viz. I do

hereby promise to pay George Howel, lawful interest on £400 York money, the balance due on a note given in Boston, July, 26th A. D. 1783, for £1,000; that said balance of £400 was not paid, until the 2d of December A. D. 1786; and that said note given in August A. D. 1784, was for the interest of the £400 from the date of the first note, which the defendant hath never paid, etc.

Plea in bar — That on the 6th of August A. D. 1784, the plaintiff and defendant settled all accounts, debts, dues and demands, subsisting between them, except said note for £1,000, dated 26th of July, A. D. 1783, which was assigned to Murray and Sansom of New York, and the defendant then paid to the plaintiff £28 York money, which the plaintiff received and gave him a discharge in the words following, viz. Received of Richard Seaman £28 York currency in full of all accounts, dues, debts and demands against him, except a note in the hands of Murray and Sansom merchants in New York, dated 26th July, A. D. 1783; August 6, 1784, George Howel, as by said discharge ready to be shown. Demurrer to the plea.

Judgment — That the plea in bar is sufficient.

The note for the interest on said £1,000 note is a distinct security from the note for the principal; and excepting that out of the discharge, did not except the note for the interest. Judgment for the defendant.